```
GOLDBERG & ASSOCIATES, P.C.
JULIE A. GOLDBERG (SBN 235565)
14370 Ventura Blvd.
Sherman Oaks, California 91423
Telephone: 818.999.1559
Email: ecf@goldbergimmigration.com

KELETI LAW
S. MARTIN KELETI (State Bar # 144208)
9903 Santa Monica Boulevard, Suite 751
Beverly Hills, CA 90212-1671
Telephone:   323.308.8489
E-mail:      s.martin.keleti@gmail.com
```

*Attorneys for Plaintiff Julie Goldberg*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE GOLDBERG, an individual;<br><br>       Plaintiff,<br><br>       v.<br><br>LAURA RACHEL RUANO, an individual; and<br>THOMAS MONTELEONE, an individual;<br><br>       Defendants. | Case No. 2:23-cv-02395-GW-AGRx<br><br>JOINT REPORT OF COUNSEL PRIOR TO ISSUANCE OF SCHEDULING ORDER<br><br>[Fed. R. Civ. P. 26(f); L.R. 26-1]<br><br><u>Scheduling Conference</u><br><br>Date:   October 19, 2023<br>Time:   9:00 a.m.<br>Place:  Courtroom 9D, Los Angeles |

       Pursuant to Fed. R. Civ.P. 26(f), L.R. 26-1, and the Court's order dated September 11, 2023 [Docket No. 35], Plaintiff Julie Goldberg ("Goldberg") and Defendants Laura Ruano and Thomas Monteleone (collectively, "Defendants") submit the following report of the meeting counsel for Goldberg and Defendants conducted telephonically on October 2, 2023, with a further telephonic meeting on October 3, 2023:

**Discovery Plan—Parties' views and proposals** [Fed. R. Civ. P. 26(f)(3)]

(A)    The parties do not believe that any changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), other than they will make

their respective disclosures between October16 and October 29, 2023.

On September 10, 2023, Attorney S. Martin Keleti (counsel for Goldberg) was diagnosed with COVID-19 which necessitated isolation for 10 days; he learned his diagnosis the same day that his spouse was taken to hospital, where he was diagnosed with the same infection, but also suffered cardiac arrest en route in the ambulance, with both conditions requiring hospitalization that continues to this day (the first 12 days of which were in intensive care). Also, an associate attorney for Goldberg, who was tasked with preparing Goldberg's draft joint report and discovery disclosures, contracted pneumonia on or about October 8, 2023. Attorney Jonathan Gerber (counsel for Defendants) who only recently substituted in as counsel for Defendants, also experienced the birth of a child. Regrettably, these medical emergencies impeded counsel's preparation of the instant report and discovery disclosures.

(B)    Goldberg anticipates requiring discovery on the following subjects: the claims and allegations made by Defendants in the following proceedings in Los Angeles Superior Court Case Nos. 21VEFL00184, 22VECV01054, 22VERO00392, and 22VECV00402.

Defendants anticipate requiring discovery on, *inter alia*, the following subjects: the claims and allegations made (as well as the surrounding facts and circumstances) in the following proceedings in Los Angeles Superior Court Case Nos. 21VEFL00184, 22VECV01054, 22VERO00392, and 22VECV00402.

(C)    The Parties do not anticipate any issues about disclosure, or discovery, or preservation of electronically stored information, including the form or forms in which she should produce it, but anticipate that there may be electronically-stored information for which the volume and form in which it should be produced may need to be the subject of further discussion.

(D)    The parties do not anticipate any issues about claims of privilege or of protection as trial-preparation materials except to the extent discovery implicates

the attorney-client privilege and/or work product doctrine.

(E) The parties do not believe that any changes should be made in the limitations on discovery imposed under the Federal Rules or by local rule, other than conducting expert discovery after discovery directed to percipient witnesses, including the parties.

(F) The parties do not believe that there are any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

**Other Matters** [L.R. 26-1]

(a) The case is not sufficiently complex to employ any of the procedures in the Manual for Complex Litigation.

(b) The parties agree that if a party makes a dispositive motion, it will be noticed at least 5 weeks in advance, so that the opposing party will have at least 2 weeks in which to respond.

(c) The parties are negotiating whether to use the magistrate judge assigned to the case to conduct a settlement conference (ADR Procedure No. 1, pursuant to L.R. 16-15.4), if they are unable to select a mutually-agreeable and available neutral from the Court's Mediation Panel (ADR Procedure No. 2, pursuant to L.R. 16-15.4), but reserve the right to request use of a private mediator (ADR Procedure No. 3, pursuant to L.R. 16-15.4) if a mutually-agreed upon neutral from the Court's Mediation Panel is not available at a mutually-convenient time.

(d) The parties estimate a 5-7 day jury trial.

(e) Goldberg believes that discovery may lead to a motion to add additional defendants. Defendants anticipate filing counter-claims after conducting initial written discovery.

(f) Goldberg proposes the following schedule:

Last day to add parties and/or amend pleadings: January 8, 2024.

Mediation cutoff: June 7, 2024.

Post-Mediation Status Conference: July 5, 2024 at 8:30 a.m.

1. Percipient witness discovery cutoff: August 5, 2024.
2. Expert discovery cutoff: October 7, 2024.
3. Dispositive motion hearing cutoff: November 11, 2024.
4. Pretrial Conference: December 16, 2024 at 8:30 a.m.
5. Motion in limine filing cutoff: January 7, 2025.
6. Opposition filing date for motions in limine: January 14, 2025.
7. Jury Trial: January 21, 2025 at 9:00 a.m.

Defendants propose the following schedule:

- Last day to add parties and/or amend pleadings: January 8, 2024.
- Mediation cutoff: June 7, 2024
- Post-Mediation Status Conference: July 5, 2024 at 8:30 a.m.
- Percipient witness discovery cutoff: December 30, 2024.
- Expert discovery cutoff: February 3, 2025.
- Dispositive motion hearing cutoff: March 24, 2025.
- Pretrial Conference: July 21, 2025 at 8:30 a.m.
- Motion in limine filing cutoff: August 11, 2025.
- Opposition filing date for motions in limine: August 18, 2025.
- Jury Trial: August 25, 2025 at 9:00 a.m.

KELETI LAW

Dated:   October 16, 2023       /s/   *S. Martin Keleti*
By:   S. MARTIN KELETI
Attorney for Defendant JULIE GOLDBERG

MILLER MILLER GERBER LLP

Dated:   October 16, 2023       /s/   *Jonathan Gerber*
By:   JONATHAN GERBER
Attorney for Defendants LAURA RUANO and THOMAS MONTELEONE

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

Dated:   October 16, 2023                /s/ *S. Martin Keleti*
                                          S. Martin Keleti