**GOLDBERG & ASSOCIATES, P.C.**
JULIE A. GOLDBERG (SBN 235565)
14370 Ventura Blvd
Sherman Oaks, California 91423
Telephone: (818) 999-1559
Email: ecf@goldbergimmigration.com
**KELETI LAW**
S. MARTIN KELETI (SBN 144208)
9903 Santa Monica Boulevard, Suite 751
Beverly Hills, California 90212-1671
Telephone: (323) 308-8489
E-mail: s.martin.keleti@gmail.com
*Attorneys for Plaintiff Julie Ann Goldberg*

Jonathan L. Gerber (SBN 251219)
jgerber@mmg-llp.com
Adam I. Miller (SBN 269990)
amiller@mmg-llp.com
Corey A. Miller (SBN 278031)
cmiller@mmg-llp.com
**MILLER MILLER GERBER LLP**
18301 Von Karman Avenue, Suite 950
Irvine, CA 92612
(714) 450-3800 Tel.
(714) 450-3801 Fax
*Attorneys for Defendants Laura Rachel Ruano and Thomas Monteleone*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JULIE ANN GOLDBERG, an individual;

Plaintiff,

v.

Case No.: 2:23-cv-02395-GW-AGRx

**JOINT STATUS REPORT RE: DKT. NO. 129**

LAURA RACHEL RUANO, an individual; and THOMAS MONTELEONE, an individual;

Defendants.

//

//

//

Plaintiff Julie A. Goldberg ("Plaintiff" and with Defendants, the "Parties") and Defendants Laura Ruano ("Mrs. Ruano") and Thomas Monteleone ("Mr. Monteleone" and with Mrs. Ruano, "Defendants") respectfully submit this Status Report re Dkt. No. 129:

**<u>Plaintiff's Position</u>**:

The Plaintiff asserts that the Defendants have requested financial records for the three years prior to the alleged damages, specifically 2019, 2020, and 2021. These years are relevant to the Plaintiff's claim of malicious prosecution, as the first civil action was not filed or served until the end of 2021. Consequently, the request for records from additional years beyond that is excessive and violates privacy.

Furthermore, the redactions provided by the Plaintiff have sufficiently met the Defendants' needs. The Defendants have received all pertinent information regarding income and expenses, excluding only salaries and outside counsel expenses, as directed by the Court. No further details concerning individual expenses or tax returns are necessary. As demonstrated in Plaintiff's forthcoming *ex parte* application for an order to admit evidence, opposing counsel cannot be trusted with documents marked for attorney's eyes only. Should the Court admit the documents requested in Plaintiff's forthcoming *ex parte* application, exhibits C and

D will further substantiate this issue.

Therefore, the Plaintiff respectfully requests that the Court refrain from ruling on the tax return issue until it has considered Plaintiff's application for an order to admit evidence. This consideration is crucial to illustrate why an attorney's eyes-only designation is inadequate in this case. If the Court accepts our redactions, then an attorney's eyes-only designation will be appropriate.

**Defendants' Position**:

The Parties have preliminarily agreed to the production of Form 1120-S. However, disputes exist as to the scope of permissible redactions as well as the tax years in dispute.

As to the redactions, Plaintiff proposes the redactions evidenced by Exhibit "A", and Defendants propose the redactions evidenced by Exhibit "B". Defendants need more information proposed by Plaintiff to adequately assess profits and losses for the years in dispute.

As to the years in dispute, Plaintiff has offered 2019-2024, and Defendant seeks 2017 through the present. Defendants need an adequate baseline (i.e. a minimum of three years excluding 2020 due to COVID) prior to the initiation of the lawsuits at issue in 2021 to evaluate the damage claims.

Respectfully submitted,

Dated: July 29, 2024

GOLDBERG & ASSOCIATES, P.C.

*/s/ Julie A. Goldberg*

By: Julie A. Goldberg
*Plaintiff*

Dated: July 29, 2024

MILLER MILLER GERBER LLP

# EXHIBIT A

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**
**Go to *www.irs.gov/Form1120S* for instructions and the latest information.**

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning , 2023, ending , 20

| | TYPE OR PRINT | |
|---|---|---|
| **A** S election effective date | Name | **D Employer identification number** |
| **B** Business activity code number (see instructions) | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date incorporated |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) $ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☐ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year

**J** Check if corporation: **(1)**

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | Line | Description | | |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales ___ **b** Less returns and allowances ___ **c** Balance | 1c | |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 | 6 | |
| **Deductions** (see instructions for limitations) | 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | |
| | 8 | Salaries and wages (less employment credits) | 8 | |
| | 9 | Repairs and maintenance | 9 | |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | |
| | 12 | Taxes and licenses | 12 | |
| | 13 | Interest (see instructions) | 13 | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| | 16 | Advertising | 16 | |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| | 20 | Other deductions (attach statement) | 20 | |
| | 21 | **Total deductions.** Add lines 7 through 20 | 21 | |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | |
| **Tax and Payments** | 23a | Excess net passive income or LIFO recapture tax (see instructions) — 23a | | |
| | b | Tax from Schedule D (Form 1120-S) — 23b | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | 23c | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year — 24a | | |
| | b | Tax deposited with Form 7004 — 24b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) — 24c | | |
| | d | Elective payment election amount from Form 3800 — 24d | | |
| | z | Add lines 24a through 24d | 24z | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | 26 | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | 27 | |
| | 28 | Enter amount from line 27: **Credited to 2024 estimated tax** **Refunded** | 28 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer | Date | Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

## Schedule B Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: | | |
| 2 | See the instructions and enter the: a Business activity b Product or service | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If "Yes," complete lines (i) and (ii) below. (i) Total shares of restricted stock (ii) Total shares of non-restricted stock | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If "Yes," complete lines (i) and (ii) below. (i) Total shares of stock outstanding at the end of the tax year (ii) Total shares of stock outstanding if all instruments were executed | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount. If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (**a**) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (**b**) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

**Schedule B** **Other Information** (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | |
| | If "Yes," enter the amount of principal reduction . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | |
| | If "Yes," enter the amount from Form 8996, line 15 . . . $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | |

**Schedule K** **Shareholders' Pro Rata Share Items**

| Section | Line | Description | | | Line | Total amount |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | | 1 | |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | |
| | 4 | Interest income | | | 4 | |
| | 5 | Dividends: **a** Ordinary dividends | | | 5a | |
| | | **b** Qualified dividends | 5b | | | |
| | 6 | Royalties | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | | 9 | |
| | 10 | Other income (loss) (see instructions) Type: | | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | | 11 | |
| | 12a | Charitable contributions | | | 12a | |
| | b | Investment interest expense | | | 12b | |
| | c | Section 59(e)(2) expenditures Type: | | | 12c | |
| | d | Other deductions (see instructions) Type: | | | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | | 13a | |
| | b | Low-income housing credit (other) | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | | | 13d | |
| | e | Other rental credits (see instructions) Type: | | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | | 13f | |
| | g | Other credits (see instructions) Type: | | | 13g | |
| International | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | | 15a | |
| | b | Adjusted gain or loss | | | 15b | |
| | c | Depletion (other than oil and gas) | | | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | | | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | | | 15e | |
| | f | Other AMT items (attach statement) | | | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | | 16a | |
| | b | Other tax-exempt income | | | 16b | |
| | c | Nondeductible expenses | | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | | | 16d | |
| | e | Repayment of loans from shareholders | | | 16e | |
| | f | Foreign taxes paid or accrued | | | 16f | |

**Schedule K** **Shareholders' Pro Rata Share Items** *(continued)*

| | | | | Total amount |
|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | |

**Schedule L** **Balance Sheets per Books**

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | | | |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | |
|---|---|---|
| **1** | Net income (loss) per books | [redacted] |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): [redacted] | [redacted] |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | |
| **a** | Depreciation $ [redacted] | |
| **b** | Travel and entertainment $ [redacted] | [redacted] |
| **4** | Add lines 1 through 3 | [redacted] |
| **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **a** | Tax-exempt interest $ [redacted] | [redacted] |
| **6** | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| **a** | Depreciation $ [redacted] | |
| **7** | Add lines 5 and 6 | [redacted] |
| **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | [redacted] |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year | [redacted] | [redacted] | [redacted] | [redacted] |
| **2** | Ordinary income from page 1, line 22 | [redacted] | [redacted] | [redacted] | [redacted] |
| **3** | Other additions | [redacted] | [redacted] | [redacted] | [redacted] |
| **4** | Loss from page 1, line 22 | [redacted] | [redacted] | [redacted] | [redacted] |
| **5** | Other reductions | [redacted] | [redacted] | [redacted] | [redacted] |
| **6** | Combine lines 1 through 5 | [redacted] | [redacted] | [redacted] | [redacted] |
| **7** | Distributions | [redacted] | [redacted] | [redacted] | [redacted] |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 | [redacted] | [redacted] | [redacted] | [redacted] |

# EXHIBIT B

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**
**Go to *www.irs.gov/Form1120S* for instructions and the latest information.**

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning , 2023, ending , 20

A S election effective date

B Business activity code number (see instructions)

C Check if Sch. M-3 attached ☐

TYPE OR PRINT

Name

Number, street, and room or suite no. If a P.O. box, see instructions.

City or town, state or province, country, and ZIP or foreign postal code

**D Employer identification number**

E Date incorporated

F Total assets (see instructions)
$

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☐ No

H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

I Enter the number of shareholders who were shareholders during any part of the tax year

J Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales ____ **b** Less returns and allowances ____ **c** Balance | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| 20 | Other deductions (attach statement) | 20 | |
| 21 | **Total deductions.** Add lines 7 through 20 | 21 | |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | |

**Tax and Payments**

| | |
|---|---|
| 23a | Excess net passive income or LIFO recapture tax (see instructions) |
| b | Tax from Schedule D (Form 1120-S) |
| c | Add lines 23a and 23b (see instructions for additional taxes) |
| 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year |
| b | Tax deposited with Form 7004 |
| c | Credit for federal tax paid on fuels (attach Form 4136) |
| d | Elective payment election amount from Form 3800 |
| z | Add lines 24a through 24d |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter am |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amo |
| 28 | Enter amount from line 27: **Credited to 2024 estimated tax** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer | Date | Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

Form 1120-S (2023) Page 2

**Schedule B** **Other Information** (see instructions)

[redacted]

Form **1120-S** (2023)

**Schedule B** **Other Information** (see instructions) *(continued)* | Yes | No

[redacted]

**Schedule K** **Shareholders' Pro Rata Share Items**

| Section | Line | Description | | | Line | Total amount |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | | 1 | |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | |
| | 4 | Interest income | | | 4 | |
| | 5 | Dividends: **a** Ordinary dividends | | | 5a | |
| | | **b** Qualified dividends | 5b | | | |
| | 6 | Royalties | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | | 9 | |
| | 10 | Other income (loss) (see instructions) Type: | | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | | 11 | |
| | 12a | Charitable contributions | | | 12a | |
| | b | Investment interest expense | | | 12b | |
| | c | Section 59(e)(2) expenditures Type: | | | 12c | |
| | d | Other deductions (see instructions) Type: | | | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | | 13a | |
| | b | Low-income housing credit (other) | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | | | 13d | |
| | e | Other rental credits (see instructions) Type: | | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | | 13f | |
| | g | Other credits (see instructions) Type: | | | 13g | |
| International | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | | 15a | |
| | b | Adjusted gain or loss | | | 15b | |
| | c | Depletion (other than oil and gas) | | | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | | | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | | | 15e | |
| | f | Other AMT items (attach statement) | | | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | | 16a | |
| | b | Other tax-exempt income | | | 16b | |
| | c | Nondeductible expenses | | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | | | 16d | |
| | e | Repayment of loans from shareholders | | | 16e | |
| | f | Foreign taxes paid or accrued | | | 16f | |

**Schedule K** **Shareholders' Pro Rata Share Items** *(continued)*

| Section | Line | Item | | Total amount |
|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | |

**Schedule L** **Balance Sheets per Books**

| Line | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | | | |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | | |
| 2 | Ordinary income from page 1, line 22 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | | | | |

# EXHIBIT C

# WITHHELD PENDING EX-PARTE

# EXHIBIT D

# WITHHELD PENDING EX-PARTE

ATTORNEYS AT LAW

BY: /s/ Jonathan L. Gerber

Jonathan L. Gerber
Adam I. Miller
Corey A. Miller
*Attorneys for Defendants Laura Rachel Ruano and Thomas Monteleone*