Jonathan L. Gerber (SBN 251219)
jgerber@mmg-llp.com
Adam I. Miller (SBN 269990)
amiller@mmg-llp.com
Corey A. Miller (SBN 278031)
cmiller@mmg-llp.com
**MILLER MILLER GERBER LLP**
18301 Von Karman Avenue, Suite 950
Irvine, CA 92612
(714) 450-3800  Tel.
(714) 450-3801  Fax

Attorneys for Defendants Laura Rachel Ruano and Thomas Monteleone

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN GOLDBERG, an individual;<br><br>         Plaintiff,<br>-vs-<br><br>LAURA RACHEL RUANO, an individual; and<br>THOMAS MONTELEONE, an individual<br><br>         Defendants. | Case No: 2:23-cv-02395-GW-AGRx<br><br>**Assigned for All Purposes to Hon. George H. Wu**<br><br>**DEFENDANTS LAURA RACHEL RUANO AND THOMAS MONTELEONE'S REPLY EX PARTE APPLICATION TO CONTINUE STAY AND MODIFY SCHEDULING ORDER**<br><br><u>Hearing Information</u>:<br>Date:  TBD<br>Time: TBD<br>Courtroom: 9D |

- 1 -
DEFENDANTS LAURA RACHEL RUANO AND THOMAS MONTELEONE'S REPLY RE EX PARTE APPLICATION TO CONTINUE STAY AND MODIFY SCHEDULING

1   Defendants Laura Ruano ("Ms. Ruano") and Thomas Monteleone ("Mr.
2   Monteleone" and with Ms. Ruano, "Defendants") respectfully submit the following
3   reply re Defendant's Ex Parte Application to Continue Stay for Ninety Days (90) and
4   Modify the Scheduling Order (Dkt. No. 208) to continue the (1) Discovery Cut-off by
5   90 days, (2) Expert Discovery Cut-off by 90 days, (3) the Pre-Trial Conference by 90
6   days, and (4) the Trial by 120 days each, or as soon thereafter as is convenient to the
7   Court (the "Application").

8   Plaintiff's entire opposition centers around the false narrative that the filing of a 7-page form complaint on, in part, Mr. Monteleone's behalf, to preserve the statute of limitations somehow renders his treating physician's medical directives meaningless. That is silly. Mr. Monteleone's medical professionals have clearly ordered him to refrain from stressful situations including litigation. Here, if the stay is lifted, the parties will have to complete depositions, expert discovery, and other stressful litigation activities in order to prepare the case for trial within the short timeframe required under the current Scheduling Order. This is quite different than the simple filing of a complaint to preserve rights, which requires little to no involvement, and will run afoul of Mr. Monteleone's doctor's orders. While Defendants, too, wish to put this case behind them, it is simply not feasible given Mr. Monteleone's medical condition. Defendants understand there is some delay given their request, but it is out of their control given Mr. Monteleone's current medical condition, which includes a new and debilitating diagnosis of spinal stenosis made only a few days ago and after the filing of the State Court action.

Dated: June 5, 2025

MILLER MILLER GERBER LLP
ATTORNEYS AT LAW

BY: /s/ *Jonathan L. Gerber*
Jonathan L. Gerber
Adam I. Miller
Corey A. Miller
Attorney for Defendants Laura Rachel Ruano and Thomas Monteleone

- 2 -

DEFENDANTS LAURA RACHEL RUANO AND THOMAS MONTELEONE'S REPLY RE EX PARTE APPLICATION TO CONTINUE STAY AND MODIFY SCHEDULING

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I caused to be electronically filed **DEFENDANTS LAURA RACHEL RUANO AND THOMAS MONTELEONE'S REPLY EX PARTE APPLICATION TO CONTINUE STAY AND MODIFY SCHEDULING ORDER** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated:   June 5, 2025                    MILLER MILLER GERBER LLP
                                         ATTORNEYS AT LAW


                           BY:   */s/ Jonathan L. Gerber*
                                 Jonathan L. Gerber
                                 Adam I. Miller
                                 Corey A. Miller
                                 Attorneys for Defendants Laura Rachel Ruano
                                 and Thomas Monteleone