1  Jonathan L. Gerber (SBN 251219)
   jgerber@mmg-llp.com
2  Adam I. Miller (SBN 269990)
   amiller@mmg-llp.com
3  Michael S. Palmer (SBN 314068)
   mpalmer@mmg-llp.com
4  **MILLER MILLER GERBER LLP**
   18301 Von Karman Avenue, Suite 950
5  Irvine, CA 92612
   (714) 450-3800  Tel.
6  (714) 450-3801  Fax

7  Attorneys for Defendants Laura Rachel Ruano and
   Thomas Monteleone
8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12 | JULIE ANN GOLDBERG, an individual; | Case No: 2:23-cv-02395-GW-AGRx
13 |                                    |
14 |         Plaintiff,                 | **Assigned for All Purposes to Hon. George H. Wu**
   | -vs-                               |
15 |                                    | **STATUS REPORT FOR STATUS CONFERENCE SET FOR JUNE 12, 2025**
16 | LAURA RACHEL RUANO, an individual; and |
17 | THOMAS MONTELEONE, an individual   |
18 |                                    | [Assigned to the Honorable George H. Wu]
19 |         Defendants.                |

20

21

22 / / /

23 / / /

24 / / /

25

26

27

28

- 1 -
JOINT STIPULATION TO STAY ALL DEADLINES FOR 90-DAYS AND [PROPOSED] ORDER

Defendants, Laura Rachel Ruano and Thomas Monteleone (collectively "the Defendants"), submit the following Status Report in advance of the Status Conference set for June 12, 2025:

**Discovery Completed**

The Parties have completed party related written discovery. However, as discussed below, Plaintiff Julie Ann Goldberg ("Plaintiff") has still not complied with certain orders, such as those requiring her to produce tax-returns , so it is unclear whether additional motion work will be required in connection with that discovery. While Plaintiff contends that Defendants have not complied with certain orders, there is no truth to those assertions, and there are no outstanding orders requiring Defendants' compliance (unlike the outstanding orders as to Plaintiff).

**Discovery to be Completed**

While the Parties have completed written discovery, both party and third-party written discovery have yet to be finalized. As mentioned above, Plaintiff has still not produced her relevant tax returns pursuant to the Court's Order, dated August 25, 2024, which production will involve follow up subpoenas and additional investigation as these records bear on Plaintiff's purported damages.

In addition, the Parties have yet to complete party and third-party depositions including, without limitation:

1. Ms. Julie Ann Goldberg (Party);
2. Mr. Marin Keleti (Third-Party);
3. Ms. Danielle Frackenthal (Third-Party);
4. Mr. Thomas Monteleone (Party);
5. PMQ of Goldberg & Associates; and
6. Ms. Laura Ruano (Party).

Depositions for Plaintiff and Mr. Keleti were previously compelled by the Court order prior to the stay of this matter. If the stay is lifted, the above will need to be reset.

Furthermore, based on the Court's Minute Order, dated August 26, 2024, Defendants believe that Plaintiff intends to depose more than ten (10) third-parties.

Lastly, the Parties have yet to commence expert discovery, both written and depositions, regarding liability and damages

**Medical Conditions of Thomas Monteleone**

As the Court is aware, Defendant Thomas Monteleone is eighty-three years old and he is currently under medical care for certain conditions, which have been exacerbated by and have impeded his ability to participate in this litigation, including depositions and mediation. Specifically, Mr. Monteleone is currently suffering from medical conditions related to high blood pressure and related heart conditions, Angina, and Neuropathy in his legs.

As to the issue related to Mr. Monteleone's blood pressure, the condition arose three-four months ago and currently persists today. This is the original issue which required a stay of this litigation, as Mr. Monteleone's medical doctors have ordered that he refrain from participating in the litigation to avoid deterioration to his physical condition. Those same medical orders are in effect today. The Angina, which is chest pain or discomfort caused by reduced blood flow to the heart muscle, has arisen within the last month. According to Mr. Monteleone's medical professionals, both are directly attributed to the stress of this litigation and will result in a deteriorated condition if compelled to participate in litigation at this time. These issues have been physically debilitating and frustrating for Mr. Monteleone, for at a moment's notice, he may become dizzy, tired, fatigued, anxious, stressed, and nervous. On or about May 20, 2025, Mr. Monteleone was prescribed, and he is currently taking, Lopressor (100mg once per day) to attempt to regulate his current condition. Nevertheless, participation in a potential stressful situation or activity could potentially lead to a serious medical issue, such as a *heart attack or stroke*. It is hoped this medication will stabilize Mr. Monteleone's condition over the next ninety (90) days.

As to the issue related to Mr. Monteleone's Neuropathy in his legs, this issue arose on or about May 20, 2025, and he was formally diagnosed with a Neuropathy on or about May 27, 2025. As a result of this issue, Mr. Monteleone is experiencing severe pain in his lower extremities and back, making it very difficult to walk, sit for long periods, drive, and otherwise move around. The exact cause of this issue is still under investigation. Mr. Monteleone is scheduled to undergo an MRI on or about June 11, 2025, to further evaluate the cause and prognosis of this newly found medical issue. Mr. Monteleone has been prescribed, and he is currently taking, Gabapentin (300mg three times per day) and Methylprednisolone (4mg per day) for the pain he is experiencing. Mr. Monteleone is also scheduled to undergo physical therapy to help with this medical condition, which will be re-evaluated in approximately sixty (60) days.

Dated: June 10, 2025

Respectfully submitted,

**MILLER MILLER GERBER LLP**
**ATTORNEYS AT LAW**

*/s/ Michael S. Palmer*
By: Michael S. Palmer
*Attorneys for Defendants Laura Rachel Ruano and Thomas Monteleone*