GOLDBERG & ASSOCIATES
JULIE A. GOLDBERG (SBN 235565)
14370 Ventura Blvd.
Sherman Oaks, California 91423
Telephone: (818) 999-1559
Email: ecf@goldbergimmigration.com

KELETI LAW
S. MARTIN KELETI (SBN 144208)
9903 Santa Monica Boulevard, Suite 751
Beverly Hills, California 90212-1671
Telephone: (323) 308-8489
E-mail: s.martin.keleti@gmail.com

*Attorneys for Plaintiff Julie Ann Goldberg*

LAW OFFICES OF MICHAEL LABRUM
Michael D. Labrum (SBN 284403)
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Tel.: (805) 267-1171 | michael@labrumlaw.com

*Counsel for Plaintiffs Laura R. Monteleone And Thomas A. Monteleone*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN GOLDBERG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LAURA RACHEL RUANO, an individual; and<br>THOMAS MONTELEONE, an individual;<br><br>Defendants. | Case No. 2:23-cv-02395-GW-AGRx<br><br>**JOINT STATUS REPORT RE: MEDIATION**<br><br>Date:   August 7, 2025<br>Time:   8:30 am<br>Place:  Courtroom of the Hon. George Wu |

The parties have elected to have Magistrate Judge Alicia G. Rosenberg serve as the neutral for their mediation. The parties and their counsel have scheduled September 25, 2025, at 1:30 p.m. PT for their mediation session, a time mutually convenient to the parties, their counsel, and the Court.

GOLDBERG & ASSOCIATES

Dated: July 31, 2025           /s/ *Julie A. Goldberg*
                               By: Julie A. Goldberg
                               *Attorneys for Plaintiff Julie Ann Goldberg*

LAW OFFICES OF MICHAEL LABRUM

Dated: July 31, 2025           /s/ *Michael D. Labrum*
                               By: Michael D. Labrum
                               *Attorneys for Defendants Laura Ruano and Thomas Monteleone*

## **SIGNATURE ATTESTATION**

I hereby attest that, pursuant to C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), the concurrence to the filing of this document has been obtained from each signatory.

Dated: July 31, 2025                    /s/ *Julie A. Goldberg*
                                        Julie A. Goldberg