**GOLDBERG & ASSOCIATES**
JULIE A. GOLDBERG (SBN 235565)
14370 Ventura Blvd
Sherman Oaks, California 91423
Telephone: (818) 999-1559
Email: ecf@goldbergimmigration.com

*Plaintiff Appearing Pro Se*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JULIE ANN GOLDBERG<br><br>*Plaintiff,*<br><br>vs.<br><br>LAURA RUANO and THOMAS MONTELEONE,<br><br>*Defendants.* | Case No.: 2:23-cv-02395-GW-AGR<br><br>[*Assigned to the Honorable George H. Wu*]<br><br>**[PROPOSED] ORDER ON PLAINTIFF JULIE GOLDBERG'S PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 22, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 22, 2025, or as soon thereafter

as counsel may be heard, in Courtroom 9D of the Hon. George Wu of the above-entitled Court, located at 350 West First Street, Los Angeles, CA 90012, Plaintiff Julie Ann Goldberg ("Ms. Goldberg") will move this Court for Partial Summary Judgment as to the issue of liability in the Cause of Action for Malicious Prosecution.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law, the Notice of Lodging, and the pleadings, records and files in this action, such additional evidence as may be submitted before the decision in this matter, and such oral argument as the Court may consider at the hearing on the Motion. The motion is made following the good faith efforts of the Plaintiff to meet and confer as required by L.R. 7-3.

Dated: August 26, 2025                    Respectfully submitted,
                                          s/ Julie A. Goldberg
                                          Julie A. Goldberg
                                          *Appearing Pro Se*