**GOLDBERG & ASSOCIATES**
JULIE A. GOLDBERG (SBN 235565)
3005 Oakwood Blvd
Melvindale, Michigan 48122
Telephone: (818) 999-1559
Email: ecf@goldbergimmigration.com

*Counsel for Defendant Julie Ann Goldberg*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JULIE ANN GOLDBERG<br><br>*Plaintiff,*<br><br>vs.<br><br>LAURA RUANO[1] and THOMAS MONTELEONE,<br><br>*Defendants*. | Case No.: 2:23-cv-02395-GW-AGR<br><br>[*Assigned to the Honorable George H. Wu*]<br><br>**PLAINTIFF JULIE ANN GOLDBERG'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 22, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

Plaintiff Julie Ann Goldberg ("Plaintiff Goldberg") respectfully submits the

following statement of uncontroverted facts and conclusions of law in support of

---

[1] It is the understanding of Plaintiff that Defendant Laura Ruano is now legally known as Laura Monteleone following the completion of her divorce.

her motion for summary judgment on the First Amended Complaint in this action.

| MOVING PARTY'S UNDISPUTED MATERIAL FACT | MOVING PARTY'S SUPPORTING EVIDENCE |
|---|---|
| 1. Defendant Laura Ruano was the Plaintiff in California, Case No. 21VECV01054, *Laura Ruano v. Julie Goldberg, et al.*, filed on August 8, 2021. ("First Civil Action"). | 1. Complaint: *Laura Ruano v. Julie Goldberg, et al.*, Case No. 21VECV01054 - Notice of Lodging ("NOL"), Exhibit A. |
| 2. The initial three causes of action against Plaintiff Goldberg in the First Civil Action were 1) breach of fiduciary duty; 2) Intentional Infliction of Emotional Distress ("IIED") and 3) Intentional Interference with Marital Relations. | 1. Complaint: *Laura Ruano v. Julie Goldberg, et al.*, Case No. 21VECV01054 - NOL, Exhibit A. |
| 3. In 1939, the California Legislature abolished interference with marriage, more commonly referred to as alienation of affection as a justiciable cause of action pursuant to Cal. Civ. Pro. 43.5. | 1. Cal. Civ. Pro. 43.5 - NOL, Exhibit SS. |
| 4. Defendant Ruano was granted leave to file a First Amended Complaint, provided the parties meet and confer prior to filing. | 1. Ex Parte Order from Court dated May 18, 2022 in Case No. 21VECV01054 - Notice of Lodging ("NOL"), Exhibit B. |
| 5. Defendant Ruano filed a First Amended Complaint on May 18, 2022 but it was stricken from the record as there was no meet and confer done as ordered by the Court. | 1. Minute Order from Court dated July 8, 2022 in Case No. 21VECV01054 - NOL, Exhibit C. |
| 6. Shortly after the lawsuit was filed, Defendant Ruano's attorney at the time called her now ex-husband, Luis | 1. Affidavit of Luis Ruano attached to Docket No. 91-2 - NOL Exhibit     . |

| | |
|---|---|
| Ruano, and told him that the First Civil Action against Plaintiff and Mr. Ruano's son would "go away" if the divorce proceedings against Defendant Ruano were dismissed; otherwise, they would make sure Mr. Ruano's son never became a lawyer. | 2. Defendant's Objection to Affidavit being attached to Reply, not challenging Truth of the Content, Docket No. 95 - NOL Exhibit  .<br>3. Order of the Court Overruling Defendants' Objection, Docket No. 100, fn. 6. - NOL Exhibit  . |
| 7. Plaintiff Goldberg filed a Demurrer to the First Civil Action on February 18, 2022 as to all counts. The Demurrer was Sustained in Part as to the Intentional Interference with Marital Relations cause of action which had no legal basis, and, at the time, overruled in part as to the allegations of breach of the attorney-client relationship. | 1. Minute Order from Court dated July 8, 2022 in Case No. 21VECV01054 -NOL, Exhibit C. |
| 8. Defendant Ruano filed her Second Amended Complaint on August 17, 2022 in the First Civil Action. | 1. Second Amended Complaint: *Laura Ruano v. Julie Goldberg, et al.,* Case No. 21VECV01054 - NOL, Exhibit D. |
| 9. The Causes of Action against Plaintiff Goldberg in the Second Amended Complaint were 1) breach of fiduciary duty; 2) IIED; 3) Ejectment; 4) conversion; and 5) Negligent Infliction of Emotional Distress. | 1. Second Amended Complaint: *Laura Ruano v. Julie Goldberg, et al.,* Case No. 21VECV01054 - NOL, Exhibit D. |
| 10. Defendant Ruano additionally filed a Motion to Disqualify Plaintiff Goldberg as her ex-husband's attorney in the divorce proceedings, alleging Plaintiff Goldberg had represented her previously, on February 2, 2022. | 1. Motion to Disqualify filed by Defendant Ruano in Dissolution Case No. 21VEFL00184 - NOL Exhibit E. |

| | |
|---|---|
| 11. The Motion to Disqualify was denied on March 28, 2022. | 1. Order of the Court Denying Motion to Disqualify - NOL, Exhibit F. |
| 12. The Court found that Defendant Ruano had not established that Plaintiff Goldberg had ever represented her or her business as counsel previously. | 1. Order of the Court Denying Motion to Disqualify - NOL, Exhibit F.<br>2. Evidence Submitted in Opposition to Motion to Disqualify Showing there was Never an Attorney-Client Relationship - NOL, Exhibit ZZ |
| 13. Defendant Ruano has admitted there was never a formal signed retainer agreement with Plaintiff Goldberg. | 1. Defendant Laura Ruano's Supplemental Responses to Requests for Admissions ("RFA") - RFA, No. 111, p. 45, Line 10-18. - NOL, Exhibit G. |
| 14. Plaintiff Goldberg filed an anti-SLAPP Special Motion to Strike the Second Amended Complaint on October 17, 2022. | 1. Plaintiff Goldberg's anti-SLAPP Special Motion to Strike to First Civil Action - NOL, Exhibit H. |
| 15. On February 25, 2022, Plaintiff Goldberg hired process servers to subpoena Defendant Ruano and Defendant Monteleone for depositions related to the First Civil Action. | 1. Subpoenas Issued to be Served Upon Defendant Ruano and Defendant Monteleone - NOL, Exhibit I. |
| 16. Even after calling the police, and the police verifying that the men at their door were process servers, serving the subpoenas, Defendant Ruano and Monteleone still filed police reports against Plaintiff Goldberg. | 1. Police reports filed by Defendants Ruano and Monteleone on February 28, 2022 - NOL, Exhibit J. |

| | |
|---|---|
| 17. Defendant Ruano additionally filed a false police report on March 24, 2022, alleging Plaintiff Goldberg filed false documents with the Court. No criminal charges were ever filed against Plaintiff Goldberg for the unsubstantiated claim. | 1. Police Report filed by Defendant Ruano on March 24, 2022 - NOL, Exhibit K.<br>2. Video of Defendant Laura Ruano at Los Angeles Police Department - NOL Exhibit CCC. |
| 18. Defendant Ruano and Defendant Monteleone also applied for a Restraining Order against Plaintiff Goldberg on March 9, 2022, under Case No. 22VERO00392. | 1. Form CH-109 Notice of Court Hearing for Case No. 22VERO00392 - NOL, Exhibit L. |
| 19. On March 9, 2022, the Court denied a Temporary Restraining Order and set a hearing on the case. | 1. Form CH-109 Notice of Court Hearing for Case No. 22VERO00392 - NOL, Exhibit L. |
| 20. On March 21, 2022, Defendant Ruano and Defendant Monteleone filed a civil action against Plaintiff Goldberg under Cal. Case No. 22VECV00402 ("Second Civil Action"). | 1. Complaint: *Thomas Monteleone, et al., v. Julie Goldberg, et al*, Case No. 22VECV00402 - NOL, Exhibit M. |
| 21. On July 17, 2022, the Second Civil Action was removed to the Central District of California and assigned Case No. 2:22-cv-04858-FMO-E | 1. Order of Removal, *Thomas Monteleone, et al., v. Julie Goldberg, et al*, Case No. 2:22-cv-04858-FMO-E - NOL, Exhibit N. |
| 22. On August 5, 2022, Plaintiff Goldberg filed an anti-SLAPP Special Motion to Strike the Second Civil Action. | 1. Special Motion to Strike and Motion to Dismiss in Case No. 2:22-cv-04858-FMO-E, - NOL, Exhibit O. |
| 23. On August 12, 2022, Defendant Ruano and Defendant Monteleone filed a voluntary dismissal of the | 1. Voluntary Dismissal Pursuant to FRCP 41(a)(1) in Case No. 2:22-cv-04858-FMO-E, - NOL, |

| | |
|---|---|
| Second Civil Action. | Exhibit P. |
| 24. On September 22, 2022, Defendant Ruano voluntarily dismissed the causes of action in the First Civil Action against Plaintiff Goldberg for Ejectment, Conversion, and Negligent Infliction of Emotional Distress. | 1. Notice of Voluntary Dismissal in Case No. 21VECV01054 - NOL, Exhibit Q. |
| 25. On August 12, 2022, Defendant Ruano dismissed the Restraining Order action against Plaintiff Goldberg. | 1. Notice of Dismissal in Case No. 22VERO00392 - NOL, Exhibit R. |
| 26. On December 13, 2022, the Court granted Plaintiff Goldberg's anti-SLAPP Special Motion to Strike and dismissed the IIED Cause of Action in the First Civil Action. | 1. Order granting Plaintiff Goldberg's anti-SLAPP Special Motion to Strike in Case No. 21VECV01054 - NOL, Exhibit S. |
| 27. On March 3, 2023, Plaintiff Goldberg appealed the Court's denial of attorney fees, which are mandatory under Cal. Civ. Pro. 425.16(c). | 1. Plaintiff Goldberg's Notice of Appeal on Attorney Fees Order in Case No. 21VECV01054 - NOL, Exhibit T. |
| 28. On March 3, 2023, Defendant Ruano cross-appealed the grant of the anti-SLAPP motion. | 1. Defendant Ruano's Notice of Appeal on anti-SLAPP Order in Case No. 21VECV01054 - NOL, Exhibit U. |
| 29. Plaintiff Goldberg was dropped from the First Civil Action entirely as of the Third Amended Complaint. | 1. Third Amended Complaint in Case No. 21VECV01054 - NOL, Exhibit V. |
| 30. Defendant Ruano submitted a complaint against Plaintiff Goldberg to the State Bar of California, again alleging that Plaintiff Goldberg had previously represented her, as well as numerous claims against Plaintiff Goldberg's business, which | 1. Letter from State Bar of California dismissing Complaint 22-O-04991 - NOL, Exhibit X. |

| | |
|---|---|
| Defendant Ruano would have no personal knowledge of. | |
| 31. The State Bar of California dismissed the complaint on August 25, 2023. | 1. Letter from State Bar of California dismissing Complaint 22-O-04991 - NOL, Exhibit X. |
| 32. Defendant Ruano filed an additional 400+ page complaint with the State Bar of California, with many of the same claims as the first complaint that had been dismissed. | 1. Letter from State Bar of California advising of Complaint 23-O-18438 - NOL, Exhibit Y.<br>2. Text Messages Between Mustafa Ebid and Defendant Ruano planning bar complaint on June 2, 2023 from Defendant's Response to Discovery Bates Number - 0722 - NOL, Exhibit Z |
| 33. Defendant Ruano added to her already open Complaint on October 29, 2024 to claim she'd filed a Motion for Sanctions against Plaintiff Goldberg. | 1. Email from State Bar of California Investigator Dated October 29, 2024 - NOL, Exhibit AA. |
| 34. The State Bar of California dismissed Complaint No. 23-O-18438 on December 6, 2024. | 1. Letter from State Bar of California Dismissing Complaint No. 23-O-18438- NOL, Exhibit BB. |
| 35. On January 21, 2025 , the California Court of Appeals granted Plaintiff Goldberg's appeal from the First Civil Action, ordering attorney fees be determined. The Order dismissed the Cross-Appeal by Defendant Ruano. | 1. Order of the California Court of Appeals Sustaining Plaintiff Goldberg's Appeal and Denying Defendant Ruano's Appeal Dated January 21, 2025 - NOL Exhibit CC. |
| 36. Defendant Ruano additionally filed a third complaint to the State | 1. Letter from State Bar of California Dated March 7, |

| | |
|---|---|
| Bar of California on March 7, 2024 against Luis Robert Ruano, II, relating to his employment with Plaintiff Goldberg, which required an extensive response from Plaintiff Goldberg under Complaint 23-O-24129. | 2024, Advising of Complaint 23-O-24149 - NOL Exhibit DD. |
| 37. The State Bar of California dismissed the complaint on December 6, 2024. | 1. Letter from State Bar of California Dismissing Complaint 23-O-24149 - NOL Exhibit EE. |
| 38. Defendants Ruano and Monteleone filed a Third Civil Action against Plaintiff Goldberg on May 15, 2025, now alleging a single count of malicious prosecution. | 1. Complaint: *Laura R. Monteleone, et al, v. Julie Ann Goldberg, et al.,* Case No. 2:25-cv-05557-GHW - NOL Exhibit |
| 39. The Third Civil Action was removed to the federal Court on June 18, 2025. | 1. Notice of Removal, Case No. 2:25-cv-05557-GHW |
| 40. Plaintiff Goldberg filed an anti-SLAPP Special Motion to Strike the Third Amended Complaint on July 17, 2025. | 1. Plaintiff Goldberg's anti-SLAPP Special Motion to Strike, Case No. 2:25-cv-05557-GHW - NOL Exhibit |
| 41. Defendants Ruano and Monteleone failed to file an opposition or objection to the anti-SLAPP Special Motion to Strike. | 1. Plaintiff Goldberg's Reply Brief in Support of Special Motion to Strike, Case No. 2:25-cv-05557-GHW - NOL Exhibit |
| 42. When it became apparent the case would be dismissed in Plaintiff Goldberg's favor, Defendants Ruano and Monteleone filed another | 1. Voluntary Dismissal Filed in Case No. 2:25-cv-05557-GHW - NOL Exhibit QQ. |

| | |
|---|---|
| voluntary dismissal of the Third Civil Action. | |
| 43. Defendant Ruano was colluding with other individuals, such as Mustafa Ebid, Maher Kadmiry, and Omar Saleh. | 1. Defendant Laura Ruano's Supplemental Responses to Requests for Admissions ("RFA") - RFA, No. 5, P. 3, Lines 21-26 - NOL Exhibit UU.<br>2. Text Messages between Mustafa Ebid and Defendant Ruano discussing legal actions against Plaintiff Goldberg from Defendant's Response to Discovery Bate No. 716, 722 - NOL Exhibit FF<br>3. Recording of Phone Conversation Between Defendant Ruano and Omar Saleh - NOL Exhibit VV. |
| 44. Mustafa Ebid has a grudge against Plaintiff Goldberg for helping his wife escape an abusive marriage as part of her pro bono work. | 1. Messages from Mustafa Ebid to Julie Goldberg Evidencing Grudge from Defendant's Response to Discovery Bate No. 709, 716, 718, 722 - NOL Exhibit FF. |
| 45. Defendant Ruano colluded with Mustafa Ebid and a former employee of Plaintiff Goldberg named Omar Saleh, to attempt to stalk Plaintiff Goldberg in order to "create" causes of action against her and other individuals associated with the divorce matter with Defendant Ruano's ex-husband and his son. | 1. Defendant Ruano's Evidence Submitted in Support of Police Report - Defendants Response to Discovery Bates No. 1510 - 1590 - NOL Exhibit GG.<br>2. Email from Defendant Ruano planning who to sue and get disbarred - Defendants Response to Discovery Bates No. 1328. - NOL Exhibit HH.<br>3. Recording of Phone Conversation Between |

| | |
|---|---|
| | Defendant Ruano and Omar Saleh - NOL Exhibit VV.<br>4. DigDrt Investigative Report on Plaintiff Julie Goldberg ordered by Defendant Ruano - NOL Exhibit BBB. |
| 46. Defendant Ruano additionally encouraged the ex-husband of another of Plaintiff Goldberg's pro bono cases for domestic abuse, Maher Kadmiry to file a complaint against Plaintiff Goldberg in furtherance of her goals. | 1. Video Recording of Maher Kadmiry in Plaintiff Goldberg's Office, Talking about Defendant Ruano - NOL Exhibit WW. |
| 47. These plans included massive bar complaint filings and discussion about bringing apparent "civil fraud" charges against Plaintiff Goldberg based on incorrect information gleaned from the internet with an incorrect date of birth for Plaintiff Goldberg, and the belief that Plaintiff Goldberg was every Goldberg in the country. | 1. Email from Defendant Ruano planning who to sue and get disbarred - Defendants Response to Discovery Bates No. 1328. - NOL Exhibit HH.<br>2. Defendant Ruano's Evidence Submitted in Support of Police Report - Defendants Response to Discovery Bates No. 1510 - 1590 - NOL Exhibit GG. |
| 48. The bar complaints filed by Mustafa Ebid as part of this scheme were also dismissed. | 1. Letter from State Bar of California Dismissing Complaint No. 23-O-25816 b Mustafa Ebid on January 14, 2025 - NOL Exhibit HH. |
| 49. Defendant Ruano additionally called the Department of Homeland Security and FBI to investigate Plaintiff Goldberg, her business, and her staff. | 1. Affidavit of Helmi Alqutabi Authenticating Text Messages Received from Staff and Clients - NOL Exhibit II. |
| 50. The escalation of Defendant Ruano's stalking and false complaints led to Plaintiff Goldberg's staff in | 1. Affidavit of Chaimae Wardei Discussing Departure of Staff and Closure of New York |

| | |
|---|---|
| multiple offices leaving the company, scared that they were being investigated by the FBI. | Office - NOL Exhibit JJ. |
| 51. The loss of staff forced Plaintiff Goldberg to close her New York office as she could not complete enough work to keep the office running without staff. | 1. Affidavit of Chaimae Wardei Discussing Departure of Staff and Closure of New York Office - NOL Exhibit JJ. |
| 52. To meet her professional responsibility obligations, Plaintiff Goldberg had to retain contract counsel to help clear the growing backlog of cases, incurring additional costs. | 1. Affidavit of Danielle Fackenthal Authenticating Bills and Payments Received from Plaintiff Goldberg - NOL Exhibit KK. |
| 53. Consistent with this conduct, Defendant Ruano emailed an expert witness from the divorce action, and repeated the false claims about Plaintiff Goldberg being under investigation by the State Bar of California, DHS, and FBI in an attempt to dissuade testimony on . | 1. Email from Defendant Ruano to Expert Witness With Threatening Information About Involvement with Plaintiff Goldberg - NOL Exhibit LL. |
| 54. The Magistrate Judge in this Court found that Defendant Ruano's actions further were witness tampering. | 1. Order of Magistrate Judge - Docket No. 100 - NOL, Exhibit XX. |
| 55. Defendant Ruano has done these actions as part of an effort to ruin Plaintiff Goldberg's career and financial means. | 1. First Amended Complaint, Docket No. 26,  57 - NOL, Exhibit YY. |
| 56. Defendant Monteleone has endorsed these actions by joining in the lawsuits, submitting affidavits in support of the false allegations, and providing financial support to the actions. | 1. Affidavit of Thomas Monteleone Submitted in Support of Motion to Disqualify, Dated February 1, 2022  - NOL Exhibit MM.<br>2. Complaint: *Thomas* |

|  |  |
|---|---|
|  | *Monteleone, et al., v. Julie Goldberg, et al*, Case No. 22VECV00402 - NOL, Exhibit M. |
| 57. Plaintiff Goldberg has expended costs and fees to multiple attorneys, paralegals, and staff in order to respond to the multiple lawsuits, false police reports, false FBI, and bar complaints filed by Defendant Ruano and Defendant Monteleone. | 1. Evidence in Support of Motion for Attorney Fees in First Civil Action - NOL, Exhibit NN.<br>2. Affidavit of Danielle Fackenthal Authenticating Bills and Payments Received from Plaintiff Goldberg - NOL Exhibit KK.<br>3. S. Martin Keleti Bills and Payments Received from Plaintiff Goldberg - NOL Exhibit OO. |
| 58. Plaintiff Goldberg has expended additional costs to hire a contract attorney on a case by case basis to clear the backlog of her clients' cases following the loss of staff from Defendant Ruano's actions. | 1. Affidavit of Danielle Fackenthal Authenticating Bills and Payments Received from Plaintiff Goldberg - NOL Exhibit KK. |
| 59. Plaintiff Goldberg's relationship with paying clients was disrupted by the FBI allegations. | 1. Affidavit of Helmi Alqutabi Authenticating Text Messages Received from Staff and Clients - NOL Exhibit II. |
| 60. All of the lawsuits brought against Plaintiff Goldberg by Defendant Ruano and Defendant Monteleone have been dismissed or otherwise brought to a legal termination in Plaintiff Goldberg's favor. | 1. Order of the Court Denying Motion to Disqualify - NOL, Exhibit F.<br>2. Voluntary Dismissal Pursuant to FRCP 41(a)(1) in Case No. 2:22-cv-04858-FMO-E, - NOL, Exhibit P.<br>3. Notice of Dismissal in Case No. 21VECV01054 - NOL, Exhibit Q.<br>4. Notice of Dismissal in Case No. |

| | |
|---|---|
| | 22VERO00392 - NOL, Exhibit R.<br>5. Order granting Plaintiff Goldberg's anti-SLAPP Special Motion to Strike in Case No. 21VECV01054 - NOL, Exhibit S.<br>6. Letter from State Bar of California dismissing Complaint 22-O-04991 - NOL, Exhibit X.<br>7. Letter from State Bar of California Dismissing Complaint No. 23-O-18438- NOL, Exhibit BB.<br>8. Letter from State Bar of California Dismissing Complaint 23-O-24149 - NOL Exhibit EE. |
| 61. Defendant Ruano and Defendant Monteleone have not been deterred from their conduct against Plaintiff Goldberg, including filing a new civil action against Plaintiff Goldberg which was removed to this court on . | 1. Complaint: *Monteleone et. al, v. Julie Goldberg*, Case No: 2:25-cv-05557-GHW - NOL Exhibit PP. |
| 62. After Plaintiff Goldberg filed an anti-SLAPP Special Motion to Strike, Defendant Ruano and Defendant Monteleone again filed a dismissal. | 1. Voluntary Dismissal Filed in Case No. 2:25-cv-05557-GHW - NOL Exhibit QQ. |
| 63. Defendant Ruano did not have probable cause to bring a lawsuit against Plaintiff Goldberg for breach of fiduciary duty where there was no attorney-client relationship between them, as evidenced by the admission there was no signed retainer | 1. Defendant Laura Ruano's Supplemental Responses to Requests for Admissions ("RFA") - RFA, No. 111, p. 45, Line 10-18. - NOL, Exhibit G.<br>2. Text Message From Defendant Ruano to Ex-Husband asking |

| | |
|---|---|
| agreement, by her text message to her ex-husband asking why had "some woman" she didn't know serve the divorce papers. | about Plaintiff Goldberg - NOL, Exhibit RR. |
| 64. Defendant Ruano did not have probable cause to bring a lawsuit against Plaintiff Goldberg for IIED relating to a breach of an attorney-client relationship that did not exist, as evidenced by the admission there was no signed retainer agreement, by her text message to her ex-husband asking why had "some woman" she didn't know serve the divorce papers. | 1. Defendant Laura Ruano's Supplemental Responses to Requests for Admissions ("RFA") - RFA, No. 111, p. 45, Line 10-18. - NOL, Exhibit G.<br>2. Text Message From Defendant Ruano to Ex-Husband asking about Plaintiff Goldberg - NOL, Exhibit RR. |
| 65. The lack of probable cause was affirmed by the denial of Defendant Ruano's Motion to Disqualify, the grant of Plaintiff Goldberg's anti-SLAPP Motion to Strike, and the dismissal of all other causes of action against Plaintiff Goldberg in the First Civil Action. | 1. Order of the Court Denying Motion to Disqualify - NOL, Exhibit F.<br>2. Order granting Plaintiff Goldberg's anti-SLAPP Special Motion to Strike in Case No. 21VECV01054 - NOL, Exhibit S.<br>3. Notice of Dismissal in Case No. 21VECV01054 - NOL, Exhibit Q. |
| 66. Defendant Ruano did not have probable cause to bring a cause of action for Intentional Inference with Marital Relations, which the California legislature abolished as a cause of action in 1939. | 1. Cal. Civ. Pro. 43.5 - NOL, Exhibit SS. |
| 67. Defendant Ruano and Defendant Monteleone did not have probable cause to seek a Restraining Order against Plaintiff Goldberg for hiring process servers to serve deposition | 1. Form CH-109 Notice of Court Hearing for Case No. 22VERO00392 - NOL, Exhibit L.<br>2. Notice of Dismissal in Case No. |

| | |
|---|---|
| subpoenas, as evidenced by the denial of even a Temporary Restraining Order. | 22VERO00392 - NOL, Exhibit R. |
| 68. Defendant Ruano and Defendant Monteleone did not have probable cause to file the Second Civil Action against Plaintiff Goldberg for assault, trespass, and IIED for process servers coming to their home to serve deposition subpoenas, as evidenced by the voluntary dismissal once Plaintiff Goldberg's anti-SLAPP was filed. | 1. Voluntary Dismissal Pursuant to FRCP 41(a)(1) in Case No. 2:22-cv-04858-FMO-E, - NOL, Exhibit P. |
| 69. Defendant Ruano and Defendant Monteleone did not have probable cause to file the Third Civil Action against Plaintiff Goldberg for malicious prosecution as evidenced by the failure to oppose Plaintiff Goldberg's anti-SLAPP Special Motion to Strike and immediate voluntary dismissal. | 2. Reply in Support of anti-SLAPP in Third Civil Action, Case No. 2:25-cv-05557-GHW - NOL Exhibit TT.<br>3. Voluntary Dismissal Filed in Case No. 2:25-cv-05557-GHW - NOL Exhibit QQ. |
| 70. Defendant Ruano and Defendant Monteleone acted with malice in filing multiple lawsuits against Plaintiff Goldberg, as evidenced by: the multiple dismissed bar complaints; the emails and text messages between Defendant Ruano and Mustafa Ebid expressing an interest in getting Plaintiff Goldberg's associated counsel in an action disbarred as well; Defendant Ruano's attempts to engage in witness tampering; Defendant Ruano's violation of a court order requiring certain documents to remain for | 1. Affidavit of Helmi Alqutabi Authenticating Text Messages Received from Staff and Clients - NOL Exhibit II.<br>2. Affidavit of Bassam Ahmed Confirming He Received a Visit from DHS Regarding Plaintiff Goldberg - NOL Exhibit AAA.<br>3. Letter from State Bar of California dismissing Complaint 22-O-04991 - NOL, Exhibit X.<br>4. Letter from State Bar of California Dismissing Complaint No. 23-O-18438- |

"Attorney's Eyes Only" by filing them in a public docket in California; Defendant Ruano's multiple investigator reports based on false information including an incorrect date of birth for Plaintiff Goldberg; and the multiple continued effort to bring baseless lawsuits and bar complaints against Plaintiff Goldberg.

NOL, Exhibit BB.
5. Letter from State Bar of California Dismissing Complaint 23-O-24149 - NOL Exhibit EE.
6. Reporter's Certificate of NonAppearance and Certified Transcript of Phone Call with Maher Kadmiry Advising Defendant Ruano Called after Receiving Service of Notice of Subpoena to Testify at a Deposition in a Civil Action, Transcribed July 24, 2025 - NOL, Exhibit XX
7. Email from Defendant Ruano to Expert Witness With Threatening Information About Involvement with Plaintiff Goldberg - NOL Exhibit LL.
8. Defendant Ruano's Evidence Submitted in Support of Police Report - Defendants Response to Discovery Bates No. 1510 - 1590 - NOL Exhibit GG.
9. Email from Defendant Ruano planning who to sue and get disbarred - Defendants Response to Discovery Bates No. 1328 - NOL Exhibit HH
10. Email Showing Collaboration between Defendant Ruano and Prior Employee of Plaintiff Goldberg - Defendants Response to Discovery Bates No. 1087 - NOL Exhibit ZZ
11. DigDrt Investigative Report on Plaintiff Julie Goldberg ordered by Defendant Ruano - NOL

|  |  |
|---|---|
|  | Exhibit BBB. |
| 71. As a result of the malicious prosecution of the Defendants, Plaintiff Goldberg has incurred financial losses in the form of attorney fees responding to the litigation against her. | 1. Evidence in Support of Motion for Attorney Fees in First Civil Action - NOL, Exhibit NN.<br>2. Affidavit of Danielle Fackenthal Authenticating Bills and Payments Received from Plaintiff Goldberg - NOL Exhibit KK.<br>3. Affidavit of S. Martin Keleti Authenticating Bills and Payments Received from Plaintiff Goldberg - NOL Exhibit OO. |
| 72. As a result of the malicious prosecution of the Defendants, Plaintiff Goldberg has incurred financial losses in the form of lost staff, requiring the closure of her New York office and downsizing of others. | 1. Affidavit of Helmi Alqutabi Authenticating Text Messages Received from Staff and Clients - NOL Exhibit II.<br>2. Affidavit of Chaimae Wardei Discussing Departure of Staff and Closure of New York Office - NOL Exhibit JJ. |
| 73. As a result of the malicious prosecution of the Defendants, Plaintiff Goldberg has incurred financial losses in the form of contract fees for counsel to assist in resolving and protecting her client's cases from the sudden loss of staff. | 1. Affidavit of Danielle Fackenthal Authenticating Bills and Payments Received from Plaintiff Goldberg - NOL Exhibit KK. |

Dated: August 25, 2025

*s/ Julie A. Goldberg*
Julie A. Goldberg
Goldberg & Associates

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and a party to this action. I am a resident in the county of Los Angeles, State of California. My business address is 14370 Ventura Boulevard, Sherman Oaks, CA 91423.

On August 26, 2025, I served true copies of the following documents described as:

**PLAINTIFF JULIE ANN GOLDBERG'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

on the interested parties in this action as follows:

LAW OFFICES OF MICHAEL LABRUM
MICHAEL D. LABRUM (SBN 284403)
2625 Townsgate Road, Suite 330 (Third Floor)
Westlake Village, CA 91361
Telephone: (805) 267-1171
Facsimile: (805) 852-2164
Michael@LabrumLaw.com
*Counsel for Plaintiffs Laura R. Monteleone and Thomas A. Monteleone*

**[X] BY ELECTRONIC SERVICE**: Pursuant to CCP § 1010.6(a)(4), I caused such document(s) to be electronically served, at the following email address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2025, in Los Angeles, California.

_____
Christopher Feliciano