**GOLDBERG & ASSOCIATES**
JULIE A. GOLDBERG (SBN 235565)
14370 Ventura Blvd
Sherman Oaks, California 91423
Telephone: (818) 999-1559
Email: ecf@goldbergimmigration.com

*Counsel for Defendant Julie Ann Goldberg*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIE ANN GOLDBERG<br><br>*Plaintiff,*<br><br>vs.<br><br>LAURA RUANO[1] and THOMAS MONTELEONE,<br><br>*Defendants*. | Case No.: 2:23-cv-02395-GW-AGR<br><br>[*Assigned to the Honorable George H. Wu*]<br><br>**PLAINTIFF JULIE ANN GOLDBERG'S NOTICE OF LODGING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 22, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

Plaintiff Julie Ann Goldberg ("Plaintiff Goldberg") respectfully lodges the following documents in support of her motion for summary judgment on the First

---

[1] It is the understanding of Plaintiff that Defendant Laura Ruano is now legally known as Laura Monteleone following the completion of her divorce.

-1-

Amended Complaint:

**Exhibit A:** Complaint: *Laura Ruano v. Julie Goldberg, et al.*, Case No. 21VECV01054

**Exhibit B:** Ex Parte Order from Court dated May 18, 2022 in Case No. 21VECV01054

**Exhibit C:** Minute Order from Court dated July 8, 2022 in Case No. 21VECV01054

**Exhibit D:** Second Amended Complaint: *Laura Ruano v. Julie Goldberg, et al.,* Case No. 22VECV01054

**Exhibit E:** Motion to Disqualify filed by Defendant Ruano in Dissolution Case No. 21VEFL00184

**Exhibit F:** Order of the Court Dated March 28, 2022 Denying Motion to Disqualify

**Exhibit G:** Defendant Laura Ruano's Supplemental Responses to Requests for Admissions ("RFA") - RFA, No. 111, p. 45, Line 10-18.

**Exhibit H:** Plaintiff Goldberg's anti-SLAPP Special Motion to Strike to First Civil Action

**Exhibit I:** Subpoenas Issued on February 24, 2022, to be Served Upon Defendant Ruano and Defendant Monteleone

**Exhibit J:** Police reports filed by Defendants Ruano and Monteleone on February 28, 2022

**Exhibit K:** Police Report filed by Defendant Ruano on March 24, 2022

**Exhibit L:** Form CH-109 Notice of Court Hearing for Case No. 22VERO00392, Dated March 9, 2022

**Exhibit M:** Complaint: *Thomas Monteleone, et al., v. Julie Goldberg, et al,*

Case No. 22VECV00402

**Exhibit N:** Order of Removal, *Thomas Monteleone, et al., v. Julie Goldberg, et al,* Case No. 2:22-cv-04858-FMO-E

**Exhibit O:** Special Motion to Strike and Motion to Dismiss in Case No. 2:22-cv-04858-FMO-E

**Exhibit P:** Voluntary Dismissal Pursuant to FRCP 41(a)(1) in Case No. 2:22-cv-04858-FMO-E

**Exhibit Q:** Notice of Voluntary Dismissal in Case No. 21VECV01054

**Exhibit R:** Notice of Dismissal in Case No. 22VERO00392

**Exhibit S:** Order granting Plaintiff Goldberg's anti-SLAPP Special Motion to Strike dated December 13, 2022 in Case No. 21VECV01054

**Exhibit T:** Plaintiff Goldberg's Notice of Appeal on Attorney Fees Order in Case No. 21VECV01054

**Exhibit U:** Defendant Ruano's Notice of Appeal on anti-SLAPP Order in Case No. 21VECV01054

**Exhibit V:** Third Amended Complaint in Case No. 21VECV01054

**Exhibit W:** Intentionally Left Blank

**Exhibit X:** Letter from State Bar of California Closing Complaint 22-O-04991

**Exhibit Y:** Letter from State Bar of California advising of Complaint 23-O-18438

**Exhibit Z:** Text Messages Between Mustapha Ebid and Defendant Ruano planning bar complaint on June 2, 2023 from Defendant's Response to Discovery Bates Number - 0722

**Exhibit AA:** Email from State Bar of California Investigator Dated October

29, 2024

**Exhibit BB:** Letter from State Bar of California Closing Complaint No. 23-O-18438

**Exhibit CC:** Order of the California Court of Appeals Sustaining Plaintiff Goldberg's Appeal and Denying Defendant Ruano's Appeal Dated January 21, 2025

**Exhibit DD:** Letter from State Bar of California Dated March 7, 2024, Advising of Complaint 23-O-24149

**Exhibit EE:** Letter from State Bar of California Closing Complaint 23-O-24149

**Exhibit FF:** Messages from Mustapha Ebid to Julie Goldberg Evidencing Grudge from Defendant's Response to Discovery Bate No. 709, 716, 718, 722

**Exhibit GG:** Defendant Ruano's Evidence Submitted in Support of Police Report - Defendants Response to Discovery Bates No. 1510 - 1590

**Exhibit HH:** Email from Defendant Ruano planning who to sue and get disbarred - Defendants Response to Discovery Bates No. 1328

**Exhibit II:** Affidavit of Helmi Alqutabi Authenticating Text Messages Received from Staff and Clients

**Exhibit JJ:** Affidavit of Chaimae Wardei Discussing Departure of Staff and Closure of New York Office

**Exhibit KK:** Affidavit of Danielle Fackenthal Authenticating Bills and Payments Received from Plaintiff Goldberg

**Exhibit LL:** Email from Defendant Ruano to Expert Witness With Threatening Information About Involvement with Plaintiff Goldberg

**Exhibit MM:** Order of Magistrate Judge - Docket No. 100

**Exhibit NN:** Affidavit of Thomas Monteleone Submitted in Support of

Motion to Disqualify, Dated February 1, 2022

**Exhibit OO:** Bank Statements Received by S. Martin Keleti Authenticating Bills and Payments Received from Plaintiff Goldberg

**Exhibit PP:** Complaint: *Monteleone et. al, v. Julie Goldberg,* Case No: 2:25-cv-05557-GHW

**Exhibit QQ:** Voluntary Dismissal Filed in Case No. 2:25-cv-05557-GHW

**Exhibit RR:** Text Message From Defendant Ruano to Ex-Husband asking about Plaintiff Goldberg

**Exhibit SS:** Cal. Civ. Pro. 43.5

**Exhibit TT:** Reply in Support of anti-SLAPP in Third Civil Action, Case No. 2:25-cv-05557-GHW

**Exhibit UU:** Defendant Laura Ruano's Supplemental Responses to Requests for Admissions ("RFA") - RFA, No. 5, p. 3, lines 21-26

**Exhibit VV:** Recording of Phone Conversation Between Defendant Ruano and Omar Saleh

**Exhibit WW:** Video Recording of Maher Khadiry in Plaintiff Goldberg's Office, Talking about Defendant Ruano

**Exhibit XX:** Reporter's Certificate of NonAppearance and Certified Transcript of Phone Call with Maher Kadmiry Advising Defendant Ruano Called after Receiving Service of Notice of Subpoena to Testify at a Deposition in a Civil Action, Transcribed July 24, 2025

**Exhibit YY:** First Amended Complaint, Docket No. 26

**Exhibit ZZ:** Evidence Submitted in Opposition to Motion to Disqualify Showing there was Never an Attorney-Client Relationship

**Exhibit AAA**: Affidavit of Bassam Ahmed Confirming He Received a Visit

from DHS Regarding Plaintiff Goldberg

**Exhibit BBB:** DigDrt Investigative Report on Plaintiff Julie Goldberg ordered by Defendant Ruano

**Exhibit CCC**: Video of Defendant Laura Ruano at Los Angeles Police Department

Dated:  August 25, 2025

                                              *s/ Julie A. Goldberg*
                                              Julie A. Goldberg
                                              Goldberg & Associates

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and a party to this action. I am a resident in the county of Los Angeles, State of California. My business address is 14370 Ventura Boulevard, Sherman Oaks, CA 91423.

On August 26, 2025, I served true copies of the following documents described as:

**NOTICE OF LODGING**

on the interested parties in this action as follows:

LAW OFFICES OF MICHAEL LABRUM
MICHAEL D. LABRUM (SBN 284403)
2625 Townsgate Road, Suite 330 (Third Floor)
Westlake Village, CA 91361
Telephone: (805) 267-1171
Facsimile: (805) 852-2164
Michael@LabrumLaw.com
*Counsel for Plaintiffs Laura R. Monteleone and Thomas A. Monteleone*

**[X] BY ELECTRONIC SERVICE**: Pursuant to CCP § 1010.6(a)(4), I caused such document(s) to be electronically served, at the following email address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2025, in Los Angeles, California.

_____
Christopher Feliciano