# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN GOLDBERG<br><br>Plaintiff(s)<br>v.<br>LAURA RACHEL RUANO, an individual; et al.<br><br>Defendant(s) | CASE NUMBER<br><br>CV 23-2395-GW-AGRx<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

THOMAS MONTELEONE      ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Michael Labrum who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

LAW OFFICES OF MICHAEL LABRUM 2625 Towngate Road, Suite 330 (Third Floor)
*Street Address*

West Lake Village, CA 91361                          Michael@LabrumLaw.com
*City, State, Zip*                                              *E-Mail Address*

805-267-1171              805-852-2614              284403
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of COREY A. MILLER, ADAM I. MILLER AND JONATHAN L. GERBER of Miller Miller Gerber LLP

*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  September 3, 2025

*/s/ George H. Wu*
HON. GEORGE H. WU, U. S. District Judge

G–01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY