UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV-23-02395-GW (AGRx) | Date: October 10, 2025 |
| Title   Julie Ann Goldberg v. Laura Rachel Ruano, et. al. | |

Present: The Honorable:   George H. Wu, United States District Judge

| Javier Gonzalez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS) ORDER ACCEPTING REPORT AND RECOMMENDATION**

On September 23, 2025, the magistrate judge issued a Report and Recommendation on Defendants' motion for terminating sanctions or, alternatively, an award of evidentiary sanctions precluding Plaintiff from presenting evidence of damages from (a) outside attorneys fees and costs, (b) diversion of firm resources, (c) lost income, and (d) injury to reputation. (Dkt. No. 255-256.) No party has filed objections to the Report and Recommendation. The Court has engaged in de novo review and accepts the Report and Recommendation.

IT IS ORDERED that Defendant's motion for terminating sanctions is denied and the alternative motion for evidentiary sanctions is denied without prejudice to Defendants' ability to file a motion in limine to preclude Plaintiff from presenting evidence of the information in her law firm's tax returns.

**Initials of Preparer**   jg