UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN GOLDBERG, an individual;<br><br>*Plaintiff,*<br><br>v.<br><br>LAURA RACHEL RUANO, an individual; and<br>THOMAS MONTELEONE, an individual;<br><br>*Defendants.* | Case No.: CV 23-2395-GW-AGRx<br><br>[*Assigned to the Honorable George H. Wu*]<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND SETTING EXPERT DISCOVERY SCHEDULE [DKT. 264]** |

The Court issued its Tentative Ruling on Plaintiff's Motion to Reopen Discovery [Dkt. 264] on December 16, 2025 [Dkt. 277]. On December 18, 2025, after oral argument, the Court adopted the Tentative Ruling as the Court's Final Ruling and granted Plaintiff's Motion to Reopen Discovery [Dkt. 279].

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Reopen Discovery [Dkt. 264] is **GRANTED**.

2. Discovery is **REOPENED** solely for all damages-related discovery, including discovery relevant to compensatory damages and punitive damages issues, as well as Defendants' assets and ability to pay, consistent with the Court's Final Ruling.

3. The Court sets the following expert schedule:

    a. Expert Disclosures: February 12, 2026

    b. Expert Reports: March 3, 2026

    c. Expert Rebuttals: April 3, 2026

    d. Expert Discovery Cutoff: April 24, 2026

4. The post-mediation status conference previously set for December 22, 2025 is **CONTINUED** to February 2, 2026 at 8:30 a.m.

5. The parties shall file a joint status report by **noon** on January 28, 2026.

Dated: December 29, 2025

HON. GEORGE H. WU
United States District Judge