UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-2395-GW-AGRx | Date | July 27, 2026 |
| Title | *Julie Ann Goldberg v. Laura Rachel Ruano, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Araceli Prado | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Julie A. Goldberg<br>Danielle M. Fackenthal | Michael Labrum |

**PROCEEDINGS:** **TELEPHONIC HEARING ON ORDER TO SHOW CAUSE WHY THIS COURT SHOULD ADOPT MAGISTRATE JUDGE ROCCONI'S REPORT AND RECOMMENDATION RE PLAINTIFF’S EX PARTE APPLICATION FOR SANCTIONS AS TO DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 37(B) AND 37(D)**

The Court issued its Tentative Ruling on July 24, 2026 [328]. Oral argument was held. For the reasons stated in the Tentative Ruling and on the record at the hearing, the Court ADOPTS Judge Rocconi's Report and Recommendation and DENIES Plaintiff's Ex Parte Application [320].

Court and counsel discuss scheduling. The parties are ordered to file a stipulation regarding revised trial dates no later than July 30, 2026. The Court will respond no later than August 3, 2026.

: 11

Initials of Preparer JG