# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN GOLDBERG, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>LAURA RACHEL RUANO, an individual; and THOMAS MONTELEONE, an individual,<br><br>*Defendants*. | Case No. CV 23-2395-GW-MARx<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATES**<br><br>Judge: Hon. George H. Wu |

Having considered Plaintiff's Statement Regarding Revised Final Pretrial Conference and Trial Dates and the Declaration of Danielle M. Fackenthal filed in response to the Court's July 27, 2026 Order (Dkt. 329), and good cause appearing, **IT IS HEREBY ORDERED**:

1. The last day to hear motions, currently set for August 3, 2026, is **CONTINUED** to November 16, 2026.

2. The Final Pretrial Conference, currently set for September 3, 2026, is **CONTINUED** to January 7, 2027 at 8:30 a.m.

3. The jury trial, currently set for September 15, 2026, is **CONTINUED** to January 19, 2027 at 9:00 a.m.

- 1 -

4. All pretrial deadlines under the Court's Standing Order Re Final Pre-Trial Conferences (Dkt. 12) and Local Rule 16 shall be calculated from the continued Final Pretrial Conference date.

5. All other dates and deadlines previously set (Dkt. 301), including the fact and expert discovery cutoffs, remain unchanged.

**IT IS SO ORDERED.**

Dated: July 31, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATES